UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ISAAM ISAAC, an individual,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-1009 JLS (MDD)<br><br>**ORDER: (1) GRANTING DEFENDANT'S *EX PARTE* MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; AND (2) VACATING HEARINGS ON PENDING MOTIONS**<br><br>(ECF Nos. 8, 10 & 12) |

　　　　Presently before the Court are Plaintiff Anton A. Ewing's Motion for Default Judgment ("DJ Mot.," ECF No. 8), Defendant Isaam Isaac's Motion to Set Aside Default ("Mot. to Set Aside," ECF No. 10), and Defendant's *Ex Parte* Motion to Extend Time to Respond to Plaintiff's Complaint ("*Ex Parte* Mot.," ECF No. 12). Plaintiff's DJ Motion is presently set for a hearing on September 22, 2022, and Defendant's Motion to Set Aside is set for a hearing on October 20, 2022. *See* DJ Mot.; Mot. to Set Aside.

　　　　"[F]or the sake of judicial and party economy," Defendant's *Ex Parte* Motion seeks to extend the time for Defendant to respond to Plaintiff's Complaint for 45 days or until the Court rules on the pending DJ Motion and Motion to Set Aside (collectively, the "Pending Motions"). ECF No. 12-1 ("*Ex Parte* Mot. Mem.") at 4. Defendant notes that

the issue of whether this Court can properly exercise personal jurisdiction over him, which is implicit in the Court's determination of the Pending Motions and may obviate the need for a response to the Complaint. *Id.* at 5.

Although Plaintiff indicated to Defendant's counsel that he did not agree to the *Ex Parte* Motion, *see Ex Parte* Mot. at 3 (citations omitted), Plaintiff has not filed an opposition to the *Ex Parte* Motion, and the Court finds that granting the *Ex Parte* Motion best serves the interests of the Parties and the Court. Accordingly, good cause appearing, the Court **GRANTS** Defendant's *Ex Parte* Motion and **STAYS** Defendant's deadline to respond to the Complaint until after the Court rules on the Pending Motions. As appropriate, the Court will provide a deadline for Defendant to respond to the Complaint in its order disposing of the Pending Motions.

Further, the Court finds the Pending Motions appropriate for determination without oral argument and takes them under submission on the papers pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the Court **VACATES** the hearings presently scheduled for both the DJ Motion and the Motion to Set Aside. The hearings dates of September 22, 2022, and October 20, 2022, however, will continue to govern for purposes of the briefing schedule set forth in Civil Local Rule 7.1(e) for both the DJ Motion and Motion to Set Aside, respectively.

**IT IS SO ORDERED.**

Dated: September 13, 2022

Hon. Janis L. Sammartino
United States District Judge