UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                           Plaintiff,<br><br>v.<br><br>ISAAM ISAAC, an individual,<br><br>                          Defendant. | Case No.: 22-CV-1009 JLS (MDD)<br><br>**ORDER VACATING HEARING DATE AND TAKING MOTION UNDER SUBMISSION**<br><br>(ECF No. 17) |

      Presently before the Court is Plaintiff Anton A. Ewing's Motion for Sanctions Against Attorney Gilmore ("Mot.," ECF No. 17). The Court finds the Motion appropriate for determination without oral argument and takes it under submission on the papers pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the Court **VACATES** the hearing scheduled for November 10, 2022, and will issue an Order on the Motion in due course.

      **IT IS SO ORDERED.**

Dated: November 2, 2022

                                                        Hon. Janis L. Sammartino
                                                        United States District Judge