UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ISAAM ISAAC, an individual,<br><br>　　　　　　　　　Defendant. | Case No.: 22-CV-1009 JLS (MDD)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 23) |

　　　Presently before the Court is Defendant Isaam Isaac's Motion to Dismiss Plaintiff's Complaint ("Mot.," ECF No. 23), filed and served on December 30, 2022.  On January 20, 2023, Plaintiff Anton A. Ewing filed and served a First Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).  *See* ECF No. 24.  Accordingly, in light of the foregoing and good cause appearing, the Court **DENIES AS MOOT** Defendant's Motion.

　　　**IT IS SO ORDERED.**

Dated: January 25, 2023

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge