UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                                  Plaintiff,<br><br>v.<br><br>ISAAM ISAAC, an individual,<br><br>                                  Defendant. | Case No.: 22-CV-1009 JLS (MDD)<br><br>**ORDER TO SHOW CAUSE WHY ATTORNEY ERIN GILMORE SHOULD NOT BE TERMINATED AS COUNSEL OF RECORD FOR DEFENDANT** |

      Erin M. Gilmore of Manatt, Phelps & Phillips, LLP ("Manatt") is listed on the docket of the above-captioned matter as one of the attorneys of record for Defendant Isaam Isaac. Ms. Gilmore previously informed the Court by telephone of her disassociation from Manatt. The State Bar of California's Attorney Search and the websites of Squire Patton Boggs and Manatt confirm that Ms. Gilmore is no longer associated with Manatt.

      Accordingly, the Court **ORDERS** Defendant to **SHOW CAUSE** why Ms. Gilmore should not be terminated as counsel of record in this matter. <u>Within seven (7) days</u> of the date of this Order, Defendant **SHALL** either: (1) **FILE** an *ex parte* motion to terminate

///

///

///

1  Ms. Gilmore as counsel of record, if she no longer represents Defendant in this matter; or
2  (2) **UPDATE** Ms. Gilmore's contact information, if she continues to represent Defendant.
3       **IT IS SO ORDERED.**
4  Dated: January 26, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge