**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (Bar No. CA 226388)
E-mail: CReilly@manatt.com
CODY A. DeCAMP (Bar No. CA 311327)
Email: CDeCamp@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:   310.312.4000
Facsimile:    310.312.4224

*Attorneys for Defendants*
ISAAM ISAAC AND FUN IN THE SUN TOURS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Anton A. Ewing, | No. 3:22-cv-01009-JLS-MDD |
|---|---|
| *Plaintiff*, | **NOTICE OF RESOLUTION** |
| v. | Hearing Date: N/A |
| Isaam Isaac, an Individual; Fun in the Sun Tours, LLC, | Hearing Time: N/A<br>Courtroom: 4D<br>Judge: Hon. Janis L. Sammartino |
| *Defendants*. | |

Defendants Isaam Isaac and Fun in the Sun Tours, LLC (collectively, "Defendants"), for themselves and on behalf of Plaintiff Anton A. Ewing (individually, "Plaintiff" and together with Defendants, the "Parties"), with Plaintiff's notice and permission (including permission to sign this Notice), hereby respectfully inform the Court that the Parties have reached a fully executed resolution of the above captioned matter.  The Parties anticipate that a notice of voluntary dismissal will be filed in the next thirty (30) days.  In the meantime, the Parties respectfully and jointly request that the Court vacate all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: February 3, 2023

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Cody A. DeCamp
Christine M. Reilly
Cody A. DeCamp

*Attorneys for Defendants*
*ISAAM ISAAC AND FUN IN THE*
*SUN TOURS, LLC*

By: /s/ Anton A. Ewing (with permission)
Anton A. Ewing

*PLAINTIFF, PRO SE*

**CERTIFICATE OF SERVICE**
Anton A. Ewing v. Isaam Isaac
USDC Case No.: **3:22-cv-01009-JLS-MDD**

I, Leyna Duong, am at least eighteen years of age. My business address is 695 Town Center Drive, 14th Floor, Costa Mesa, California 92626. My electronic notification email address is lduong@manatt.com. I am not a direct party to the above-captioned action.

On February 3, 2023, as required by and in accordance with the Federal Rules of Civil Procedure and applicable court rules and orders, I caused service of the following documents, which were filed today on the Court's CM/ECF docket:

- **NOTICE OF RESOLUTION**

Said documents were served upon Plaintiff through the United States mail, by having such documents placed in a sealed envelope, with postage paid thereon fully prepaid for first class mail, for collection and mailing at 695 Town Center Drive, 14th Floor, Costa Mesa, California 92626, following ordinary business practices, to Plaintiff at Plaintiff's last known mailing address, which I understand to be as follows:

**Anton Ewing**
**3077-B Clairemont Drive #372**
**San Diego, CA 92117**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2023 at Costa Mesa, California.

By: _____
Leyna Duong